AO 458 (Rev. 5/85) Appearance

# United States District Court

DISTRICT OF Massachusetts

## APPEARANCE

CASE NUMBER: 05-MA-G 10011

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Jose Silva

Date: 2/17/05

Signature: Michael A Collora

Print Name: Michael Collora
Dwyer & Collora

Address: 600 Atlantic Av

City: Boston   State: MA   Zip Code: 02210

Phone Number: 617 371-1000