UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO. 05-10011-GAO |
| ) | |
| v. ) | |
| ) | |
| JOSE SILVA ) | |

## JOINT MOTION TO EXCLUDE TIME

The parties jointly ask the Court to exclude the following periods of time:

1. The period from the date of the arraignment, February, 17, 2005, to the date of the Initial Status Conference, April 1, 2005.

2. The time from the date of the Initial Status Conference, April 1, 2005 through the date of the date of the final status conference.

In support of this request, the parties state that under 18 U.S.C. § 3161(h)(8)(A), the exclusion of these periods would serve the ends of justice because allowing time for the defendant to review the discovery material and to assess the merits of his case, including

whether any motions ought to be filed, outweigh the defendant's and the public's interest in a speedy trial.

                          Respectfully submitted,

| | |
|---|---|
| MICHAEL J. SULLIVAN<br>United States Attorney<br><br>By: /s/ Jonathan F. Mitchell<br>Jonathan F. Mitchell<br>Assistant U.S. Attorney | Michael Collora, Esq.<br>Laurie Carafone, Esq.<br>Counsel for Jose Silva<br><br>/s/ Michael Collora / by JFM<br>600 Atlantic Avenue<br>Boston, MA 02110 |

Dated: March 30, 2005