UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO. 05-10011-GAO |
| ) | |
| v. ) | |
| ) | |
| JOSE SILVA ) | |

## JOINT MEMORANDUM FOR INITIAL STATUS CONFERENCE

The parties submit this joint memorandum addressing the issues set out in Local Rule 116.5(A).

(1)   <u>Relief from Rule 116.3 – Discovery Motion Practice</u>:

The parties do not request relief from the schedule set out in Local Rule 116.3.

(2)   <u>Expert witness(es)</u>:

The government intends to call as a witness in this matter a marine biologist to testify about the methods of determining whether eggs have been forcibly removed from a female lobster, and about his own observations in this case.

(3)   <u>Additional/Supplemental discovery</u>:

The government has completed automatic discovery required under the Local Rules. The defendant has yet to serve discovery.

(4)   <u>Motion date</u>:

The defendant received the government's automatic discovery on March 22, 2005, and anticipates filing motions, and requests that the Court impose a motion schedule at the next

status conference.

The government does not intend to file any motions. The government has completed automatic discovery, producing a total of one-half of one box of materials. Most of this material was produced last year to the defendant in connection with a parallel administrative action against him by the National Oceanic and Atmospheric Administration. For this reason, the government believes there is no reason to delay the implementing of a motion schedule.

(5)     <u>Excludable delay</u>:

The parties are filing a motion asking the Court to exclude, under Local Rule 112.2(A)(2), the time from the date of the arraignment, February 17, 2005, to the date of the initial status conference, April 1, 2005. The motion also asks the Court to exclude, under 18 U.S.C. § 3161(h)(8)(A), the time from the initial status conference through the final status conference.

(6)     <u>Trial likelihood and length</u>:

A trial of this matter would last approximately one week.

(7)     <u>Final status conference</u>:

The parties ask the Court to schedule a status conference in June 2005.

(8)  <u>Complexity/Special Features</u>

The parties agree that there are no complex or unusual features of this case that require a joint conference with the District Judge and Magistrate Judge or warrant modification of the standard schedule.

Respectfully submitted,

| | |
|---|---|
| MICHAEL J. SULLIVAN<br>United States Attorney | Michael Collora, Esq.<br>Laurie Carafone, Esq.<br>Counsel for Jose Silva |
| By: _/s/ Jonathan F. Mitchell_<br>Jonathan F. Mitchell<br>Assistant U.S. Attorney | _/s/ Michael Collora_ by JFM<br>600 Atlantic Ave.<br>Boston, MA 02210 |

Dated: March 31, 2005