UNITED STATES DISTRICT COURT

District of Massachusetts

|  |  |
|---|---|
| United States of America ) | |
| ) | |
| v. ) | Docket # 1:05-cr- 10011 GAO-1 |
| ) | |
| Jose Silva ) | |

### NOTICE OF APPEARANCE

Please enter my appearance as counsel in the above-captioned matter.

Respectfully submitted,

*/s/ Laurie Carafone*
Laurie C. Carafone  (BBO No. 656399)
Dwyer & Collora, LLP
600 Atlantic Avenue
Boston, MA 02210
(617) 371-1000

Dated:  April 1, 2005