UNITED STATES DISTRICT COURT

District of Massachusetts

|  |  |  |
|---|---|---|
| United States of America | ) ) ) | |
| v. | ) ) | Docket # 1:05-cr- 10011 GAO-1 |
| Jose Silva | ) ) ) | |

**MOTION FOR CONTINUANCE**

Now comes the defendant, by counsel, and with the assent of the United States by its Assistant US Attorney Jon Mitchell, hereby requests a brief continuance of the final status hearing from Thursday, April 28, 2005 before the Magistrate Judge until May 5, 2005 or thereafter.  As reason, therefore, counsel for the defendant has presently scheduled a day-long deposition with the Securities and Exchange Commission in an inquiry concerning Bradford Bleidt, and in addition has a status conference regarding a major construction dispute regarding the "Big Dig" in the Suffolk Superior Court business session at 2 p.m. Therefore, it would be difficult to also attend this hearing.

Counsel for the defendant has spoken with the Government, which has no objection to a short continuance.  Both attorneys are available on Thursday, May 5, at 3:30 p.m. if the court permits this motion and that time slot is still available.

Respectfully submitted,

/s/ Laurie C. Carafone

_____
Michael A. Collora (BBO# 092940)
Laurie C. Carafone (BBO No. 656399)
Dwyer & Collora, LLP
600 Atlantic Avenue
Boston, MA 02210
(617) 371-1000

Dated: April 21, 2005

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above document was served by Facsimile upon Jonathan F. Mitchell, Assistant U.S. Attorney, 1 Courthouse Way, Boston, MA 02210.

/s/ Laurie C. Carafone

_____
Laurie C. Carafone