UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

CRIMINAL CASE
NO. 05-10011GAO

JOSE SILVA
       Defendant

REPORT & ORDER ON
INITIAL STATUS CONFERENCE

ALEXANDER, U.S.M.J.

      On April 1, 2005, the parties appeared before this Court for an Initial Status Conference. With regard to the following issues, the parties have represented that:

1. There are no unusual or complex issues presented requiring an early joint conference of the District Judge or the Magistrate Judge with the attorneys;

2. There are no features of the case that deserve special attention or modification of the standard schedule;

3. Supplemental discovery is uncertain at this time;

4. Discovery concerning any expert witnesses pursuant to Fed. R. Crim. P. 16 (a)(1)(E) & 16(b)(1)(C) will be provided by the government;

5. The applicable periods of excludable delay under the Speedy Trial Act include: February 17, 2005, through March 17, 2005 (28 days); March 17, 2005, through April 1, 2005 (15 days); and April 1, 2005, through April 28, 2005 (27 days), for a total of seventy (70) days as of April 1, 2005. The Parties have made additional motion to continue the April 28, 2005, hearing. The parties have stated that the total amount of time to proceed to trial is seventy (70) days as of April 1, 2005;

6. Trial is anticipated. The estimated duration of the trial is one (1) week;

7. There are no other matters.

      IT IS HEREBY ORDERED THAT

    A motion date pursuant to Fed. R. Crim. P. 12 (c) will be established at next conference. An **Interim Status Conference** is scheduled at **2:30 p.m.** on **April 28, 2005,** in Courtroom 24, 7th floor.

                                        HONORABLE JOYCE LONDON ALEXANDER
                                        U.S. MAGISTRATE JUDGE

                                        By the Court:

April 26, 2005                        /S/ Rex Brown
Date                                    Courtroom Clerk
                                        (617) 748-9238