**Dwyer & Collora, LLP**

600 Atlantic Avenue
Boston, Massachusetts 02210-2211
Telephone (617) 371-1000
Fax (617) 371-1037
www.dwyercollora.com

FILED
IN CLERKS OFFICE

2005 MAY 20 A 9: 18

U.S. DISTRICT COURT
DISTRICT OF MASS

**Laurie C. Carafone**
(617) 371-1026
lcarafone@dwyercollora.com

May 19, 2005

**BY HAND**
Hon. Joyce London Alexander
United States District Court
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210

    Re:    U.S. v. Jose Silva
              Criminal No. 1:05-cr-10011 GAO-1

Dear Judge Alexander:

    This letter is to confirm that we do not intend to file any motions today. However, there is one outstanding discovery issue about which we have contacted the government, which may or may not require a motion in the future.

    Please call me if you have any questions.

Very truly yours,

*Laurie C. Carafone/np*

Laurie C. Carafone