UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

                                                   CRIMINAL CASE
V.                                                 NO. 05-10011GAO

JOSE SILVA
        Defendant

REPORT & ORDER ON
INTERIM STATUS CONFERENCE

ALEXANDER, U.S.M.J.

      On May 5, 2005, the parties appeared before this Court for an Interim Status Conference. With regard to the following issues, the parties have represented that:

1. There are no unusual or complex issues presented requiring an early joint conference of the District Judge or the Magistrate Judge with the attorneys;

2. There are no features of the case that deserve special attention or modification of the standard schedule;

3. Supplemental discovery is uncertain at this time;

4. Discovery concerning any expert witnesses pursuant to Fed. R. Crim. P. 16 (a)(1)(E) & 16(b)(1)(C) will be provided by the government;

5. The applicable periods of excludable delay under the Speedy Trial Act include: February 17, 2005, through March 17, 2005 (28 days); March 17, 2005, through April 1, 2005 (15 days); April 1, 2005, through April 28, 2005 (27 days); April 28, 2005, through May 5, 2005 (7 days); and May 5, 2005, through June 2, 2005 (28 days), for a total of one hundred and five (105) days as of June 7, 2005. The parties have made additional oral motion to exclude all time since arraignment. The government will file a joint motion for the applicable periods of excludable delay. The parties have stated that the total amount of time to proceed to trial is seventy (70) days as of May 5, 2005;

6. Trial is anticipated. The estimated duration of the trial is one (1) week;

7. There are no other matters.

IT IS HEREBY ORDERED THAT

A motion date pursuant to Fed. R. Crim. P. 12 (c)has been established. All dispositive and Non-Dispositive Motions due by 5/19/2005. The government's response to those motions will be due on or before 6/2/2005.  A **Final Status Conference** is scheduled at **11:30 a.m.** on **June 7, 2005,** in Courtroom 24, 7th floor.

        HONORABLE JOYCE LONDON ALEXANDER
        U.S. MAGISTRATE JUDGE

        By the Court:

<u>May 5, 2005</u>        <u>/S/ Rex Brown        </u>
Date        Courtroom Clerk
        (617) 748-9238