# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

**UNITED STATES OF AMERICA**

      **V.**            **CRIMINAL NO. CR05-10011 GAO**

**JOSE SILVA**

## ORDER OF EXCLUDABLE DELAY

In accordance with the Speedy Trial Act of 1974, as amended, this Court hereby orders excludable delay from: **4/28/05** until **5/5/05** and **5/5/05** until **6/2/05** for the reason checked below.

6/22/05                          /S/ Joyce London Alexander
      Date                               U.S. Magistrate Judge

REFER TO DOCUMENT(S) # ___14_____

| | | | |
|---|---|---|---|
| [ ] | XA | Proceedings including examinations to determine mental competency or physical capacity | 18 U.S.C.§3161(h)(1)(A) |
| [ ] | XD | Interlocutory Appeal | 18 U.S.C.§3161(h)(1)(E) |
| [ ] | XE | Pretrial motions from filing date to hearing or disposition | 18 U.S.C.§3161(h)(1)(F) |
| [ ] | XG | Proceedings under advisement | 18 U.S.C.§3161(h)(1)(J) |
| [ ] | XH | Miscellaneous proceedings concerning defendant | 18 U.S.C.§3161(h)(1) |
| [ ] | XM | Absence or unavailability of defendant or essential government witness | 18 U.S.C.§3161(h)(3) |
| [ ] | XN | Period of mental or physical incompetency or physical inability to stand trial | 18 U.S.C.§3161(h)(4) |
| **[X]** | XT | Continuance granted in the interest of justice | 18 U.S.C.§3161(h)(8) |

(05cr10011 O-EX DLY-SILVA.wpd - 01/93)                    [koexcl.]