

U.S. Department of Justice

*Michael J. Sullivan*
*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (617) 748-3100*    *John Joseph Moakley United States Courthouse*
*1 Courthouse Way*
*Suite 9200*
*Boston, Massachusetts  02210*

June 28, 2005

The Honorable Joyce London Alexander
United States District Court
One Courthouse Way
Boston, MA 02210

      Re: U.S. v. Jose Silva
          <u>Crim. No. 05-10011-GAO</u>

Dear Magistrate Judge Alexander:

    I write to apprize the court that the parties in the above-captioned case do not require a final status hearing and that the matter may be directed to the District Court.

                                Very truly yours,

                                MICHAEL J. SULLIVAN
                                United States Attorney

                    By:    <u>/s/ Jonathan F. Mitchell</u>
                            JONATHAN F. MITCHELL
                            Assistant U.S. Attorney

cc:    Michael Collora, Esq.
         Counsel for Jose Silva