UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

                                                             CRIMINAL CASE
V.                                                          NO. 05-10011 GAO

JOSE SILA
        Defendant

REPORT & ORDER ON
FINAL STATUS CONFERENCE

ALEXANDER, U.S.M.J.

      On June 28, 2005, the parties represented that there are no other matters extant before the Magistrate judge, there is no need to hold a final status conference and that the case should be returned to District Judge O'Toole.

      IT IS HEREBY ORDERED THAT

      Whereas all pre-trial matters referred to this Court by the District Judge have been resolved, the case is hereby returned to the District Judge.

                                                 HONORABLE JOYCE LONDON ALEXANDER
                                                 UNITED STATES MAGISTRATE JUDGE
                                                 By the Court:

                                                 <u>/S/ Rex Brown</u>
                                                 Courtroom Clerk

<u>July 1, 2005</u>
Date