UNITED STATES DISTRICT COURT

District of Massachusetts

| | |
|---|---|
| United States of America ) | |
| ) | |
| v. ) | Docket # 1:05-cr- 10011 GAO-1 |
| ) | |
| Jose Silva ) | |

## ASSENTED-TO MOTION FOR CONTINUANCE

Now comes the defendant, by counsel, and with the assent of the United States by its Assistant US Attorney Jon Mitchell, hereby requests a brief continuance of the sentencing hearing from Wednesday, March 22, 2006 before the Honorable George A. O'Toole until April 5, 2006 or thereafter. As reason therefore, counsel for the defendant requires additional time to respond with objections to statements in the Pre-Sentence Report of Probation, and to prepare its Sentencing Memo.

Counsel for the defendant has spoken with the Government, which has no objection to a short continuance. Both attorneys are available on Wednesday, April 5, 2006 at 3:30 p.m. if the court permits this motion and that time slot is still available.

Respectfully submitted,

/s/ Laurie C. Carafone

_____
Michael A. Collora (BBO# 092940)
Laurie C. Carafone  (BBO No. 656399)
Dwyer & Collora, LLP
600 Atlantic Avenue
Boston, MA 02210
(617) 371-1000

Dated:   February 28, 2006

1

## CERTIFICATE OF SERVICE

     I, Laurie C. Carafone, hereby certify that a true and correct copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on February 28, 2006.

                                                   /s/ Laurie C. Carafone
                                                   _____
                                                   Laurie C. Carafone