**Dwyer & Collora, LLP**

600 Atlantic Avenue
Boston, Massachusetts 02210-2211
Telephone (617) 371-1000
Fax (617) 371-1037
www.dwyercollora.com

Laurie C. Carafone
(617) 371-1026
lcarafone@dwyercollora.com

April 19, 2006

*VIA E-MAIL AND OVERNIGHT MAIL*
Mr. Sean P. Buckley
U.S. Probation Officer
United States District Court
District of Massachusetts
499 Essex Street, Suite 3
Lawrence, MA 01840-1269

    Re:    *U.S. v. Silva*, 05-10011-GAO

Dear Sean:

    I write to briefly respond to the amended Presentence Report (PSR) dated April 14, 2006 which we received by mail yesterday. Mr. Silva preserves and incorporates his previous objections and clarifications to the draft PSR that he submitted on April 3, 2006. In addition, Mr. Silva objects to the amended PSR dated April 14, 2006 as follows:

***Offense Level Computation (pages 9-11)***

    Paragraph (40): Mr. Silva objects to Probation's amended calculations as to the value of the illegal female lobsters from the March 2004 trip at issue. Probation states in its amended PSR at Paragraph 40 that the catch seized on March 7, 2004 included 594 scrubbed egg-bearing females, 61 females that still bore eggs, and 92 v-notched lobsters. Apparently, Probation added these three numbers together to conclude that there were a total of 747 illegal female lobsters, constituting 63.8% of the lobsters in the March 2004 catch (747 of 1,170). *However, Probation's calculation is incorrect because the total number of illegal female lobsters was 594: within that total of 594 females, 61 still bore some eggs and 92 were v-notched.* See NOAA Report at Exhibit A, page 11, paragraph 3. Thus, the total number of female lobsters from the March 2004 trip was 594, constituting 50.7% of the lobsters in the catch, not 63.8% as Probation has erroneously calculated.

    Further, Mr. Silva disputes Probation's amended calculation that the total market value of the female egg-bearing lobsters captured by him was $69,993. As stated in his

prior Objections on April 3, 2006, Mr. Silva disputes Probation's speculative assumption that half of the lobsters caught between October and April for the four years at issue were egg-bearing females. Probation's speculative estimate --to which both the Government and the Defendant have objected-- cannot be supported, because the proportion of egg-bearing lobsters varies significantly throughout the year, and is highest in March, the time of the catch centrally at issue here. *See* Exhibit B (Affidavit of Kevin Ferreira) at para 11. In other words, since 50.7% of the lobsters in the March 2004 catch were egg-bearing females, the proportion of egg-bearing female lobsters caught in other months, if any, would have been <u>less than 50%</u>. Mr. Silva maintains that the correct market value is $37,240, as agreed to by the Government and the Defendant in the Plea Agreement.

### *Personal and Family Data (pages 14-16)*

Paragraph (70): Probation states that it amended this paragraph to reflect the change from "his daughter, Noel," to "his son, Noel," however this change has not yet been made.

If you have any questions or need more information, please to not hesitate to contact me.

Very truly yours,

Laurie C. Carafone

Enclosures

cc:   Jonathan Mitchell, Esq. (by First Class Mail)

EXHIBIT A

SILVA, JOSE (10006183)                                         NE042011FM/V

LUTADOR II (330200)

lobsters and three (3) scrub brushes[9] loaded onto a truck (MA Reg. E3380) and followed it to BERGIE's SEAFOOD, INC. at 8 Hassey Street in New Bedford. Before it was backed up to another trailer, I placed a padlock on the tailgate and kept the two keys.

On the following day, (03-08-04) at approximately 0730 hrs., the USCG boarding party, MEP officers, Mass. Senior Marine Fisheries Biologist, Bruce ESTRELLA, and I arrived at BERGIE's SEAFOOD, INC. I arranged for two rooms for us to closely inspect the lobsters. I unlocked the padlock from the truck's tailgate and observed the lobsters as they were moved to a back room near a cooler at the facility. S/A Kevin FLANAGAN relieved me on scene to oversee the inspection. (Attachment #7, 8, 9 & 10)

In addition to the two (2) banded claws found in the fish hold, 11 tails and 2 claws of frozen cooked lobster meat wrapped in aluminum foil and found in the bottom of a trash container in the galley; the inspection showed that of the 1,170 lobsters offloaded from the F/V LUTADOR II, 594 females had evidence of scrubbing. Of the 594 females, 61 still had eggs and 92 were v-notched. ESTRELLA used standard hematoxylin staining procedure, and microscopically examined seventy-four (74) of them. (Attachment #11)

---

[9] Brushes - returned to SILVA on 03-25-04

EXHIBIT B

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

United States of America )
)
v. ) Docket # 1:05-cr-10011 GAO-1
)
Jose Silva )

## AFFIDAVIT OF KEVIN FERREIRA

I, Kevin J. Ferreira, hereby state and declare as follows:

1. I, Kevin Ferreira, submit this affidavit in connection with sentencing in the above-captioned criminal matter.

2. I am a professional Seafood Industry consultant, and I have been licensed federally and by the Commonwealth of Massachusetts with various companies, including retail companies, since 1980.

3. I am the owner of Seafood Consulting and Analysis, Inc., a consulting firm and wholesale seafood dealer located at 50-62 Hassey Street, New Bedford, Massachusetts, 02740. I have been the owner since the company was incorporated in 1997.

4. I have been in the lobster dealing business since 1980.

5. I have personal and professional knowledge that, during the period from 2000-2004, the industry standard mark-up for live lobsters from the "ex-vessel" price to the "wholesale" price was (and still is) approximately $0.25/lb. Sometimes, but not often, wholesalers would go beyond the industry standard and mark-up the price as much as $0.50/lb. However, the mark-up was never as high as $1.00/lb.

6. I have personal and professional knowledge that, during the period from 2000-2004, the industry standard mark-up for the "retail" price of lobsters was between 30% and 40% above the "wholesale" price.

7. Thus, for example, according to industry standard practice during the period from 2000-2004, if a vessel caught lobsters and sold them for the "ex-vessel" price of $4.50/lb., the "wholesale" price for those lobsters would be $4.75/lb., and the "retail" price (assuming a 30% mark-up) would be $6.18/lb.

8. The above-described mark-ups remain generally the industry standard to this day.

9. However, from 2000-2004 (as is true today), in many transactions, the industry standard mark-up was not obtained at either the "wholesale" or the "retail" level. During poor market conditions, lobsters were often sold at a loss and the price mark-ups were much less for "wholesale" and "retail" than the standard mark-ups described above. Thus, the "wholesale" and "retail" prices were often much closer to the "ex-vessel" price.

10. Also, the "retail" mark-up of 30-40% above the "wholesale" price is not a true mark-up of the price of all of the lobsters in the catch. In reality, this high mark-up for retail is in order to compensate for a 10-20% death rate of the lobsters sold to the retailer.

11. Based on my professional knowledge, normally during the spring months, especially in March, the percentage of female egg-bearing lobsters in each catch is at or near its peak. However, during the rest of the year, the percentage of female egg-bearing lobsters in each catch is much lower, at a level half or less of that in the spring months.

Signed this 29th day of March, 2006 under the pains and penalties of perjury.

_____
Kevin Ferreira

2