UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | **Criminal No. 05-10011-GAO** |
| ) | |
| **JOSE SILVA** ) | |

## DISMISSAL OF COUNT FIVE OF THE INDICTMENT

Pursuant to Fed.R.Crim.P. 48(a), the United States Attorney for the District of Massachusetts, Michael J. Sullivan, hereby dismisses count five of the Indictment which charges the defendant with obstruction of justice in violation of 18 U.S.C. § 1519. In support of this motion, the government states that, pursuant to the plea agreement in this matter, the defendant has pleaded guilty to counts one through four of the Indictment, and the dismissal of count five is in the interests of justice.

Respectfully submitted,

/s/ Michael K. Loucks
MICHAEL K. LOUCKS
Acting United States Attorney

/s/ Diane C. Freniere
DIANE C. FRENIERE, Chief
White Collar Crime Section

/s/ Jonathan F. Mitchell
JONATHAN F. MITCHELL
Assistant U.S. Attorney

Leave to File Granted:

_____
George A. O'Toole, Jr.
United States District Judge